UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   v.<br><br>DYON L. BRAMLETT (21),<br><br>                              Defendant. | NO:  2:14-CR-21-RMP-21<br><br>ORDER TO DISMISS WITH PREJUDICE |

The Government has moved to dismiss the Indictment as to Defendant Dyon L. Bramlett as a result of Defendant's successful completion of a pretrial diversion program.  *See* ECF No. 2101.  Pursuant to FED. R. CRIM. P. 48(a), the Court grants the Government leave to dismiss the Indictment with prejudice.  The Court makes no judgment as to the merit or wisdom of this dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Order of Dismissal With Prejudice, **ECF No. 2101**, is **GRANTED**.

ORDER TO DISMISS WITH PREJUDICE ~ 1

2.  The Indictment, **ECF No. 1**, with respect to Dyon L. Bramlett, is

**DISMISSED WITH PREJUDICE**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 30th day of March 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge